# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138342

CHARLES WILLIAM VAUGHN,

      Plaintiff-Appellant,

v

                                        SC: 138342

DEPARTMENT OF CORRECTIONS,                      CoA: 287786

      Defendant-Appellee.

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of March 18, 2009, the Clerk of the Court is hereby directed to close this file.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2009

Clerk

jm